**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTE RN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**SHARON D. JOHNSON**                                                                                   **PLAINTIFF**

v.                                    **Case No. 5:10-CV-00037 BSM**

**CITY OF PINE BLUFF and CARL REDUS**                                         **DEFENDANTS**

**JUDGMENT**

Pursuant to the order entered this date, judgment is entered in favor of defendants. Defendants' motion for summary judgment is GRANTED, and all claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 25th day of July 2011.

_____
UNITED STATES DISTRICT JUDGE